NAME, ADDRESS & TELEPHONE NUMBER OF ATTORNEY(S) FOR, OR, PLAINTIFF
OR DEFENDANT IF PLAINTIFF OR DEFENDANT IS PRO PER

Gregg S. Garfinkel
Amy W. Lewis
STONE ROSENBLATT & CHA           E-FILING
21550 Oxnard Street, Suite 200
Woodland Hills, CA 91367
(818)999-2232
ATTORNEYS FOR: VIP Transport, Inc. and
Mayflower Transit, LLC

ORIGINAL
FILED

08 APR -7 PM 3: 15

RICHARD W. WIEKING
U.S. DISTRICT
NO. DISTRICT COURT

**UNITED STATES DISTRICT COURT**

*NORTHERN* ~~CENTRAL~~ **DISTRICT OF CALIFORNIA**

Sompo Japan Insurance Company of
America, a corporation

                    v.              Plaintiff(s),

VIP Transport, Inc., a corporation;
Mayflower Transit, LLC, a foreign
corporation; and Doe One throug   Defendant(s)

CASE NUMBER

C08  01857  JW
                                PVT

**CERTIFICATION AND NOTICE
OF INTERESTED PARTIES
(Local Rule 7.1-1)**

TO:   THE COURT AND ALL PARTIES APPEARING OF RECORD:

The undersigned, counsel of record for  defendants, VIP Transport, Inc. and Mayflower Transit, LLC
(or party appearing in pro per), certifies that the following listed party (or parties) has (have) a direct, pecuniary interest
in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or
recusal. (Use additional sheet if necessary.)

                    **PARTY**                              **CONNECTION**
          (List the names of all such parties and identify their connection and interest.)         BY FAX

Sompo Japan Insurance Company of America (Plaintiff)
VIP Transport, Inc. (Defendant)
Mayflower Transit, LLC (Defendant)
No Other Interested Parties at this time.

April 7, 2008
Date

Sign
Gregg S. Garfinkel

Attorney of record for or party appearing in pro per
for the Defendants

CV-30 (12/03)                    **NOTICE OF INTERESTED PARTIES**                    CCDCV30

PROOF OF SERVICE
STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the county of Los Angeles, State of   California.  I am over the age of 18 and not a party to the within action; my business address is: 21550 Oxnard Street, Main Plaza, Suite 200, Woodland Hills, California.

On ____*7th*____ , Apr-08, I served the foregoing document described as:

- Civil Cover Sheet
- Notice of Interested Parties
- Notice for Removal of Action to Federal Court and Declaration

on all interested parties in this action by placing a true copy thereof enclosed in a sealed envelope addressed as follows:  SEE ATTACHED SERVICE LIST

[x]    (BY MAIL)  I am familiar with the ordinary business practice of the law firm of Stone, Rosenblatt & Cha for collection and processing of correspondence for mailing with the United States Postal Service at the aforementioned place of business and that the above-entitled document was placed in a sealed envelope and deposited for collection and mailing on the date stated above, following such ordinary practices, and in such manner as to cause it to be deposited with the United States Postal Service that same day, with postage thereon fully prepaid, in the ordinary course of business, addressed as indicated above.

[ ]    (BY E-MAIL) I caused such document to be e-mailed to the addressee.

[ ]    (BY FACSIMILE TRANSMISSION) I caused such document to be faxed to the addressee.

[ ]    (BY PERSONAL SERVICE) I caused such envelope to be delivered by hand to the offices of the addressee.

[ ]    (BY EXPRESS MAIL, CCP 1013(c,d) I caused such envelope with postage thereon fully prepaid to be placed in the box regularly maintained by the express service carrier, Federal Express, at 21550 Oxnard Street, Suite 200, Woodland Hills, California, copies of the routing slips attached hereto.

[X]    Executed on ____*7th*____, Apr-08 at Woodland Hills, California.

[X]    (STATE) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

[x]    (FEDERAL) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Judith Nourse

**SERVICE LIST**

Michael J. Cummins, Esq.
Joshua A. Southwick, Esq.
GIBSON ROBB & LINDH LLP
100 First Street, 27th Floor
San Francisco, CA 94105
Tel.    (415) 348-6000
Fax    (415) 348-6001