Gregg S. Garfinkel (State Bar No. 156632)
Amy W. Lewis (State Bar No. 158999)
STONE | ROSENBLATT | CHA, PLC
21550 Oxnard Street, Main Plaza – Suite 200
Woodland Hills, California 91367
Tel:   (818) 999-2232
Fax:  (818) 999-2269
Email: ggarfinkel@src.law.com/alewis@srclaw.com

Attorneys for Defendants
**VIP TRANSPORT, INC. and
MAYFLOWER TRANSIT, LLC**

### UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT - SAN JOSE BRANCH

| | |
|---|---|
| SOMPO JAPAN INSURANCE COMPANY OF AMERICA, a corporation,<br><br>              Plaintiff,<br><br>v.<br><br>VIP TRANSPORT, INC., a corporation; MAYFLOWER TRANSIT, LLC, a foreign corporation; and DOE ONE through DOE TEN,<br><br>              Defendants. | Case No.: C08-01857 JW (PVT)<br><br>Complaint filed: 3/18/08<br>Removed: 4/7/08<br><br>**[PROPOSED] ORDER GRANTING MOTION TO DISMISS COMPLAINT UNDER RULE 12(b)(6) OF FEDERAL RULES OF CIVIL PROCEDURE**<br><br>[49 U.S.C. §§14706 and 13907(a)]<br><br>DATE:  June 9, 2008<br>TIME:   9:00 a.m.<br>CTRM:  8 |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

      **PLEASE TAKE NOTICE** that on June 9, 2008, at 9:00a.m., in Courtroom 8, of the United States District Court, Northern District, located at 280 South 1st Street in San Jose, California, defendants, VIP TRANSPORT, INC. and MAYFLOWER TRANSIT, LLC's Motion to Dismiss Complaint under Rule 12(b)6) of the Federal Rules of Civil Procedure, came before this Court for hearing.

      After considering the moving papers, all other matters presented to the Court, and applicable law, the Court finds:

That the claim alleged by Plaintiff SOMPO JAPAN INSURANCE COMPANY OF AMERICA ("SJIC") in its Complaint is completely preempted by the Carmack Amendment to the Interstate Commerce Act (49 U.S.C. §14706) and does not state a claim for which relief may be granted.

IT IS SO ORDERED AND ADJUDGED that the Complaint of SJIC be dismissed pursuant to the provisions of Rule 12(b)(6) of the Federal Rules of Civil Procedure, as SJIC has asserted no federal claim for which relief may be granted.

SJIC has 20 days leave to amend.

Dated: April ___, 2008

_____
Honorable James Ware
United States District Judge