1
2
3
4
5
6
7
8
                    IN THE UNITED STATES DISTRICT COURT

9
                    FOR THE NORTHERN DISTRICT OF CALIFORNIA

10
                              SAN JOSE DIVISION

11
Sompo Japan Insurance Co. of America,          NO. C 08-01857 JW

12
              Plaintiff,                        **ORDER CONTINUING HEARING ON**
      v.                                        **DEFENDANTS' MOTION TO DISMISS;**
13                                              **ADVANCING THE HEARING ON**
                                                **PLAINTIFF'S MOTION TO REMAND**
VIP Transport, Inc et al.,

14
              Defendants.

15
_____/

16        Presently before the Court is Defendants VIP Transport Inc. and Mayflower Transit LLC's

17   Motion to Dismiss set for hearing on June 9, 2008.  Plaintiff has filed a Motion to Remand presently

18   set for hearing on September 8, 2008.  In evaluating Defendants' motion to dismiss, the Court finds

19   good cause to advance Plaintiff's motion to remand and consider both motions at the same time.

20   Accordingly, the Court continues Defendants' Motion to Dismiss to **June 30, 2008 at 9 a.m.**  The

21   Court also advances Plaintiff's Motion to Remand to **June 30, 2008 at 9 a.m.**

22        With respect to Plaintiff's Motion to Remand, the parties shall adhere to the following

23   briefing schedule:

24        (1)    Defendants' opposition shall be filed and served on or before **June 9, 2008.**

25        (2)    Plaintiff's reply, if any, shall be filed and served on or before **June 16, 2008.**

26   //

27
28

**United States District Court**
For the Northern District of California

1    Since Plaintiff has already filed its opposition to Defendants' motion to dismiss, Defendants

2    shall file its reply on or before **June 16, 2008.**

3

4    Dated:  May 20, 2008

5    JAMES WARE
     United States District Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Amy Wintch Lewis alewis@srclaw.com
Gregg S. Garfinkel ggarfinkel@srclaw.com
Joshua A. Southwick jsouthwick@gibsonrobb.com
Michael J. Cummins efiling@gibsonrobb.com

**Dated:  May 20, 2008**                    **Richard W. Wieking, Clerk**

**By:_____/s/ JW Chambers_____**
        **Elizabeth Garcia**
        **Courtroom Deputy**

**United States District Court**
For the Northern District of California