IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Sompo Japan Insurance Co. of America, Inc., | NO. C 08-01857 JW |
| Plaintiff, v. | **ORDER VACATING HEARING ON PLAINTIFF'S MOTION TO REMAND AND DEFENDANTS' MOTION TO DISMISS** |
| VIP Transport, Inc, et al., | |
| Defendants. / | |

The Court finds Plaintiff's motion to remand and Defendants' motion to dismiss appropriate for submission without oral argument. See Civ. L.R. 7-1(b). Accordingly, the Court VACATES the hearing currently scheduled for June 30, 2008.

Dated: June 25, 2008

JAMES WARE
United States District Judge

**United States District Court**
For the Northern District of California

1  **THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

2  Amy Wintch Lewis alewis@srclaw.com
   Gregg S. Garfinkel ggarfinkel@srclaw.com
3  Joshua A. Southwick jsouthwick@gibsonrobb.com
   Michael J. Cummins efiling@gibsonrobb.com

**Dated: June 25, 2008**                         **Richard W. Wieking, Clerk**

                                                 **By:   /s/ JW Chambers**
                                                      **Elizabeth Garcia**
                                                      **Courtroom Deputy**