Gregg S. Garfinkel (State Bar No. 156632)
Amy W. Lewis (State Bar No. 158999)
STONE | ROSENBLATT | CHA, PLC
21550 Oxnard Street, Main Plaza – Suite 200
Woodland Hills, California  91367
Tel:   (818) 999-2232
Fax:   (818) 999-2269
Email: ggarfinkel@src.law.com/alewis@srclaw.com

Attorneys for Defendants
VIP TRANSPORT, INC. and
MAYFLOWER TRANSIT, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT - SAN JOSE BRANCH

| | |
|---|---|
| SOMPO JAPAN INSURANCE COMPANY OF AMERICA, a corporation,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>VIP TRANSPORT, INC., a corporation; MAYFLOWER TRANSIT, LLC, a foreign corporation; and DOE ONE through DOE TEN,<br><br>　　　　　　　Defendants. | Case No.:  C08-01857 JW (PVT)<br><br>Complaint filed:  3/18/08<br>Removed:  4/7/08<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING THE TIME TO RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT** |

## RECITALS

WHEREAS this Court denied Plaintiff's Motion to Remand and Granted Defendants' Motion to Dismiss with leave to amend on or about July 24, 2008, and gave Plaintiffs to August 25, 2008 in which to file an amended complaint;

WHEREAS Plaintiff filed a First Amended Complaint for Property Damage on August 20, 2008;

WHEREAS under FRCP Rule 15, Defendants have 10 days to respond to Plaintiff's First Amended Complaint;

1

WHEREAS Defendants intend to file a Motion to Dismiss with respect to the current First Amended Complaint and notified Plaintiff's counsel with regard to same;

WHEREAS Plaintiff's counsel has advised Defendants' counsel that Plaintiff is deciding whether to proceed with the current First Amended Complaint or take alternative action, and Plaintiff's counsel will not have a response from his client until one or two days prior to the date in which Defendants' responsive pleading is due;

WHEREAS Defendants have requested a 2-week extension from Plaintiff's counsel in which to respond to Plaintiff's First Amended Complaint, and Plaintiff's counsel has agreed to said extension to allow the parties sufficient time to try and resolve any issues relating to Plaintiff's First Amended Complaint;

## STIPULATION

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff and Defendants through their respective attorneys of record, and respectfully submitted to the Court for its approval, an extension of two weeks or until September 12, 2008, for Defendants to respond to Plaintiff's First Amended Complaint.

DATED: August 25, 2008

GIBSON ROBB & LINDH LLP

By: _____
MICHAEL J. CUMMINS
Attorneys for Plaintiff
SOMPO JAPAN INSURANCE
COMPANY OF AMERICA

///
///

2

STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT

STONE | ROSENBLATT | CHA
A PROFESSIONAL LAW CORPORATION
21550 OXNARD STREET, MAIN PLAZA - SUITE 200
WOODLAND HILLS, CALIFORNIA 91367

DATED: August 25, 2008

STONE | ROSENBLATT | CHA
**A Professional Law Corporation**

By: *Amy W. Lewis*
GREGG S. GARFINKEL
AMY W. LEWIS
Attorneys for Defendants
VIP TRANSPORT, INC. and
MAYFLOWER TRANSIT, LLC

## ORDER

Based on the foregoing, and good cause appearing, it is hereby ORDERED that the foregoing Stipulation and Proposed Order is hereby adopted by this Court.

Dated: _____

_____
The Honorable James Ware
United States District Judge

STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT