1  MICHAEL J. CUMMINS (184181)
   JOSHUA A. SOUTHWICK (246296)
2  GIBSON ROBB & LINDH LLP
   100 First Street, 27th Floor
3  San Francisco, California 94105
   Telephone: (415) 348-6000
4  Facsimile: (415) 348-6001

5  Attorneys for Plaintiff
   SOMPO JAPAN INSURANCE COMPANY OF AMERICA
6

7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10

11

12 | SOMPO JAPAN INSURANCE         ) Case No. C08-01857 JW (PVT)
   | COMPANY OF AMERICA, a corporation, )
13 |                               ) **NOTICE OF WITHDRAWAL OF FIRST**
   |       Plaintiff,              ) **AMENDED COMPLAINT AND NOTICE**
14 |                               ) **OF INTENT NOT TO FILE AN AMENDED**
   |                               ) **COMPLAINT**
15 |       v.                      )
   |                               ) Judge: Honorable James Ware
16 | VIP TRANSPORT, INC., a corporation; )
   | MAYFLOWER TRANSIT, LLC, a foreign )
17 | corporation; and DOE ONE through DOE )
   | TEN,                          )
18 |                               )
   |       Defendants.             )
19 |_____)

20  To the Court and All Parties of Record:

21       Upon further review of this Court's order dated July 24, 2008, which order, amongst

22  other things, dismissed plaintiff's negligence claim upon a factual finding by this Court that

23  "delivery" had occurred, plaintiff SOMPO JAPAN INSURANCE COMPANY OF AMERICA

24  ("SOMPO") has determined that the Court's order not only precludes SOMPO from pursuing a

25  negligence claim but limits SOMPO to only pleading and pursuing a claim under the Carmack

26  Amendment against defendants. Based on this fact, SOMPO thus withdraws its First Amended

27  Complaint, as that pleading contains a negligence cause of action.

28

1   Further, because Sompo does not wish to needlessly waste the Court's and the parties' resources, time and costs in pursuing a Carmack claim alone, SOMPO provides further notice that it does not intend to file an amended complaint in this action. SOMPO provides such notice in conformance with the Court's holding in WMX Tech. Inc., v. Miller, 104 F.3d 1133 (9th Cir. 1997; wherein, the Court stated:

> Unless a plaintiff files in writing a notice of intent to not file an amended complaint, such dismissal order is not an appealable final decision. In a typical case, filing of such notices gives the district court an opportunity to reconsider, if appropriate, but more importantly, to enter an order dismissing the action, one that is clearly appealable.
>
> Id. at 1135 - 1136 *quoting* Lopez v. City of Needles, 95 F.3d 20 (9th Cir. 1996).

Should the Court choose not to reconsider its ruling dismissing SOMPO's negligence claim and limiting SOMPO to pursuit of a Carmack claim alone, SOMPO respectfully requests that the Court issue a final order of dismissal, so as to provide SOMPO with the ability to then seek appellate review.

Respectfully submitted,

Dated: September 2, 2008     GIBSIN ROBB & LINDH LLP

By: /S/ MICHAEL J. CUMMINS
    Michael J. Cummins
    Attorneys for Plaintiff
    SOMPO JAPAN INSURANCE
    COMPANY OF AMERICA

...

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28