IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Sompo Japan Insurance Co. of America, | NO. C 08-01857 JW |
|       Plaintiff,<br>  v. | **JUDGMENT** |
| VIP Transport, Inc., et al., | |
|       Defendants. | |

      Pursuant to the Court's October 16, 2008 Order Granting Plaintiff's Motion to Withdraw First Amended Complaint; Dismissing Action Pursuant to Fed. Civ. P. 41(b), judgment is entered in favor of Defendants VIP Transport, Inc. and Mayflower Transit, LLC, against Plaintiff Sompo Japan Insurance Co. of America.

      Each party shall bear their own fees and costs.

      The Clerk shall close this file.

Dated: October 16, 2008

                                                JAMES WARE
                                                United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Amy Wintch Lewis alewis@srclaw.com
Gregg S. Garfinkel ggarfinkel@srclaw.com
Joshua A. Southwick jsouthwick@gibsonrobb.com
Michael J. Cummins efiling@gibsonrobb.com

**Dated: October 16, 2008**                                        **Richard W. Wieking, Clerk**

                                                                   **By:      /s/ JW Chambers**
                                                                         **Elizabeth Garcia**
                                                                         **Courtroom Deputy**